UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Alexandra Bright**, et al<br><br>                Plaintiffs,<br><br>vs.<br><br>**1909 W25, LLC**, et al<br><br>                Defendants. | No. 1:19-cv-00543-SO<br><br>THE HONORABLE SOLOMON OLIVER JR.<br><br>**JOINT MOTION TO STAY CASE MANAGEMENT SCHEDULE** |

Plaintiff Alexandra Bright ("Plaintiff") and Defendants 1909 W25, LLC and Robert George ("Defendants") (collectively, the "Parties") jointly, and through Counsel, hereby request an order staying the case management deadlines (Doc. # 17) for a period of 90 days to allow the Parties to engage in settlement discussions. The parties will informally exchange relevant documents to assist their settlement discussions no later than January 20, 2020. This request is not made for purposes of delay, but to allow the Parties the opportunity to exchange documents and explore the possibility of early resolution. The Parties will submit a joint status report to the Court at the conclusion of the 90-day period.

Respectfully submitted this 11th of day of December, 2019,

/s/*Christopher J. Bendau*
Clifford P. Bendau, II (OH#0089601)
Christopher J. Bendau
BENDAU & BENDAU, PLLC
P.O. Box 97066
Phoenix, AZ 85060
(480) 382-5176

*Counsel for Plaintiffs*

/s/*Michele L. Jakubs (with permission)*
Stephen S. Zashin (#0064557)
Michele L. Jakubs (#0071037)
ZASHIN & RICH CO., L.P.A.
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
(216) 696-4441

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of December 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the all parties by operation of the Court's electronic filing system. The Parties may access this filing through the Court system:

/s/*Christopher J. Bendau*
Attorney for Plaintiffs